UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HINESVILLE HOUSING AUTHORITY, HINESHOUSE PROPERTY MANAGEMENT AND MAINTENANCE SERVICE, INC., HINESVILLE LEASED HOUSING CORPORATION, and MELANIE THOMPSON,<br><br>　　　　Defendants. | CASE NO.:  4:23-cv-00288-LGW-CLR |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND
STIPULATION REGARDING ELECTRONICALLY STORED INFORMATION**

Plaintiff United States and Defendants Hinesville Housing Authority, Hineshouse Property Management and Maintenance Service, Inc., Hinesville Leased Housing Corporation, and Melanie Thompson ("Defendants") (collectively, the "Parties") respectfully move for entry of the attached Joint Confidentiality Agreement and Protective Order ("Protective Order") and Stipulation Regarding Electronically Stored Information ("ESI Stipulation").

As to the Protective Order, the Parties respectfully maintain that good cause supports the entry of such an order in this Fair Housing Act case.  Discovery in this case may involve the exchange of sensitive personal information regarding the Complainant Chakehisia Santos and her children, Defendant Melanie Thompson, and tenants and employees of the organizational Defendants, including information of a private nature that is covered by the scope of the Privacy Act of 1974, 5 U.S.C. § 552a.  Discovery in this case may also involve financial, proprietary,

1

private and confidential information of the Parties and proprietary, private, and confidential information concerning non-parties.

As to the ESI Stipulation, the Parties have conferred and reached agreement regarding the terms on which electronically stored information will be produced, as well as the preservation and tracking of certain categories of privileged information. Accordingly, the Parties respectfully move for entry of this ESI Stipulation pursuant to Federal Rule of Civil Procedure 26(f).

WHEREFORE, the Parties respectfully request entry of the attached Protective Order and ESI Stipulation, and for any other relief deemed appropriate by the Court.

DATED:  January 2, 2024

Respectfully submitted,

*For Plaintiff United States of America:*

| | |
|---|---|
| JILL E. STEINBERG<br>United States Attorney<br>Southern District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| | CARRIE PAGNUCCO<br>Chief |
| *s/ Bradford C. Patrick*<br>BRADFORD C. PATRICK<br>*Co-lead Counsel*<br>Assistant United States Attorney<br>Southern District of Georgia<br>South Carolina Bar No. 102092<br>P.O. Box 8970<br>Savannah, GA 31412<br>Phone: (912) 652-4422<br>Fax: (912) 652-4427<br>Bradford.Patrick@usdoj.gov | *s/ Melissa A. Carrington*<br>ANDREA K. STEINACKER<br>Special Litigation Counsel<br>MELISSA A. CARRINGTON<br>*Co-lead Counsel*<br>Iowa Bar No. 13033<br>NATHAN SHULOCK<br>Massachusetts Bar No. 706325<br>Trial Attorneys<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>150 M Street, NE<br>Washington, DC 20530<br>Phone: (202) 353-5249<br>Fax: (202) 514-1116<br>Melissa.Carrington2@usdoj.gov<br>Nathan.Shulock@usdoj.gov |

*For Defendants Hinesville Housing Authority, Hineshouse Property Management and Maintenance Service, Inc., Hinesville Leased Housing Corporation, and Melanie Thompson*

s/ Scott P. Moore
Scott P. Moore
Brian Bartmettler
BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Phone: (402) 344-0500
Fax: (402) 344-0588
spmoore@bairdholm.com

Sarah H. Lamar
HUNTER MACLEAN
200 E. Saint Julian Street
PO Box 9848
Savannah, GA 31412-0048
Phone: (912) 236-0261
Fax: (912) 236-4936
slamar@huntermaclean.com