UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HINESVILLE HOUSING AUTHORITY, HINESHOUSE PROPERTY MANAGEMENT AND MAINTENANCE SERVICE, INC., HINESVILLE LEASED HOUSING CORPORATION, and MELANIE THOMPSON,<br><br>Defendants. | CASE NO. 4:23-CV-288<br><br>ORDER |

# ORDER

The Parties having moved the Court to dismiss this matter with prejudice, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that, under Rule 41(a)(2) of the Federal Rules of Civil Procedure and Paragraph 33 of the Consent Order, ECF No. 49, and with the consent of all Parties, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 27th day of May, 2025.

Hon. Lisa Godbey Wood
United States District Judge